Robert E. Sabido, OSB No. 964168
rsabido@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
Telephone:    (503) 323-9000
Facsimile:    (503) 323-9019

      Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| SANDRA W. WILSON,<br><br>      Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>      Defendant. | Case No. 1:14-cv-344-CL<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties that all of plaintiff's claims against defendant shall be dismissed with prejudice and without attorney fees or costs to either party.

      DATED: August 25, 2014

TRIGSTED LAW GROUP, P.C.          COSGRAVE VERGEER KESTER LLP

/s/ Joshua Trigsted            /s/ Robert E. Sabido
Joshua Trigsted              Robert E. Sabido, OSB No. 964168
Attorneys for Plaintiff         Attorneys for Defendant

      Based on the parties' stipulation, it is

      ADJUDGED that all of plaintiff's claims against defendant are dismissed with prejudice and without attorney fees or costs to either party.

      DATED: August 2 , 2014

                              Mark D. Clarke
                              United States Magistrate Judge

Page 1 -  **STIPULATED JUDGMENT OF DISMISSAL**        2082660